UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KENT ALLEN, JR.,

    Plaintiff,

v.                                 Case No: 8:21-cv-1691-CEH-AAS

DARA KHOSROWSHAHA and
ANTWAN PATTON,

    Defendants.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Amanda Arnold Sansone (Doc. 5). In the Report and Recommendation, Magistrate Judge Sansone recommends that Plaintiff's Motion for Leave to Proceed *in Forma Pauperis* (Doc. 2) be denied, Plaintiff's complaint (Doc. 1) be dismissed, and the Clerk be directed to close this case. Plaintiff was furnished a copy of the Report and Recommendation and afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 5) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Motion for Leave to Proceed *in Forma Pauperis* (Doc. 2) is DENIED.

(3) Plaintiff's Complaint (Doc. 1) is DISMISSED.

(4) As amendment of the Complaint would be futile, the Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** at Tampa, Florida on September 9, 2021.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Amanda Arnold Sansone
Counsel of Record